**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                           Case No. _____

**MORALES SERRANO, SOL MARIA**                                             Chapter **13**
                              Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/03/2015**                          ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **60** = $ **18,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **18,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **18,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Reliable Financial Se** Cr. _____ Cr. _____
# **D80879951000** # _____ # _____
$ **11,175.00** $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
   **SCOTIA BANK DE PI**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,935.00**

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**TRUSTEE WILL PAY ATTORNEY'S FEES BEFORE ANY SECURED CLAIM AND AFTER ADEQUATE PROTECTION PAYMENTS OF $150.00 MONTHLY TO RELIABLE FINANCIAL SERVICES UNTIL CONFIRMATION OF THE PLAN.**

**DEBTOR WILL PROVIDE INSURANCE COVERAGE TO RELIABLE FINANCIAL SERVICES AFTER MATURITY DATE THROUGH EASTERN AMERICAN INSURANCE CO. PAYMENT TO EASTERN AMERICAN INSURANCE CO SHALL BE MADE DIRECTLY BY TRUSTEE THROUGH THE PLAN.**

**ANY SECURED / PRIORITY OR UNSECURED CO-DEBTOR CLAIM PROVIDED FOR THROUGH THE PLAN SHALL BE PAID IN THE AMOUNT STATED IN SUCH CLAIM AS FILED NOTWITHSTANDING THE AMOUNT STATED IN THE PLAN, EXCEPT WHEN AN OBJECTION TO ANY SUCH CLAIM AS FILED.**

Signed:   **/s/ SOL MARIA MORALES SERRANO**
          Debtor

          _____
          Joint Debtor

Attorney for Debtor **FELIX M ZENO GLORO LAW OFFICE**                    Phone: _____

CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only