IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SOL MARIA MORALES SERRANO

XXX-XX-9176

Debtor(s)

CASE NO. 15-05993 MCF

Chapter 13

**FILED & ENTERED ON 12/2/2015**

## ORDER AND NOTICE

A hearing is hereby scheduled for 1/21/2016 at 09:00 A.M. at the U.S. Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico, to consider the following:

DEBTOR'S OBJECTION TO CLAIM NO. 4-1 FILED BY UNITED CONSUMER FINANCIAL SERVICES (DOCKET #13)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 2nd day of December, 2015.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge