# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**SOL MARIA MORALES SERRANO**
**aka SOL MARIA MORALES**

**xxx–xx–9176**

Debtor(s)

Case No. **15–05993 MCF**

Chapter **13**

FILED & ENTERED ON 1/19/16

## *ORDER*

Debtor's objection to claim #4–1 filed by United Consumer Financial Services (docket entry #13), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, January 19, 2016 .

Mildred Caban
Mildred Caban Flores
United States Bankruptcy Judge